UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| **CARLOS TORRES,** )<br>)<br>**MOVANT** )<br>**v.** )<br>)<br>**UNITED STATES OF AMERICA,** )<br>)<br>**RESPONDENT** ) | **CRIMINAL NO. 2:06-CR-71-DBH**<br>**CIVIL NO. 2:12-CV-71-DBH** |

## ORDER AFFIRMING RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On August 26, 2013, the United States Magistrate Judge filed with the court, with copies to the parties, her Recommended Decision on 28 U.S.C. § 2255 Motion. The defendant filed his objection to the Recommended Decision on October 25, 2013. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The defendant's 28 U.S.C. § 2255 motion is **DISMISSED**. No certificate of appealability shall issue because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

**SO ORDERED.**

**DATED THIS 13TH DAY OF NOVEMBER, 2013**

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**