UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| v. | ) 2:06-cr-00071-JDL-1 |
| | ) |
| CARLOS TORRES, | ) |
| | ) |
| Defendant. | ) |

**ORDER ON MOTION FOR COMPASSIONATE RELEASE**

On March 27, 2007, Carlos Torres was convicted of one count of Distribution of Five Grams or More of Cocaine Base, Aiding and Abetting, in violation of 18 U.S.C.A. § 841(a)(1), (b)(1)(B) (West 2022). On August 27, 2007, Torres was sentenced to a term of imprisonment of 195 months, to be followed by a term of supervised release of four years. On March 22, 2019, this sentence was reduced to a term of imprisonment of 164 months, to be followed by a term of supervised release of three years. Torres now moves for compassionate release (ECF No. 126) under 18 U.S.C.A. § 3582(c)(1)(A)(i) (West 2022), based on his medical needs which, he asserts, are not being addressed during his incarceration.

On June 17, 2022, the Court issued an Order to Show Cause (ECF No. 127), directing Torres to submit a written response within 21 days, indicating whether he first sought relief from the Bureau of Prisons as required before this Court may consider his motion for compassionate release. The Order to Show Cause provided notice that failure to respond would result in the denial of Torres' motion for compassionate release. Torres did not respond to the Order to Show Cause.

1

Accordingly, it is **ORDERED** that Carlos Torres' Motion for Compassionate Release (ECF No. 126) is **DENIED.**

**SO ORDERED.**

Dated:  July 19, 2022

                                                                       **/s/ JON D. LEVY**
                                            **CHIEF U.S. DISTRICT JUDGE**